United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 26-10703-amc

Mary DeChristopher  Chapter 7

Joseph DeChristopher

Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: 309A | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mary DeChristopher, Joseph DeChristopher, 2312 S Franklin St, Philadelphia, PA 19148-3821 |
| 15107200 | | Ambulnz, 380 N Oxford Valley Rd, Langhorne, PA 19047-8304 |
| 15107201 | + | Americore, 250 E Street SW, Washington, DC 20525-0001 |
| 15107213 | | Diabetic Care Rx LLC, Located at 3890 Park Central Blvd N, Pompano Beach, FL 33064 |
| 15107216 | ++ | GERISCRIPT LLC, 220 WEST PARKWAY, UNITS 4-5, POMPTON PLAINS NJ 07444-1013 address filed with court:, Geriscript LLC, 220 West Parkway #4, Pompton Plains, NJ 07444 |
| 15107217 | + | Healing Partners, 909 Ridgebrook Rd STE 300, Sparks, MD 21152-9477 |
| 15107219 | + | Jefferson hospital, 111 S 11th St, Philadelphia,, Philadelphia, PA 19107-5084 |
| 15107220 | + | National Health Rehabilitation LLC, P.O. Box 22239, New York, NY 10087-0001 |
| 15107226 | + | Ritner Medical, 1701 W Ritner St, Philadelphia, PA 19145-4324 |
| 15107236 | + | Team Health dba Graduate Post Acute, CS PACS 3 Northeast LLC, 1526 Lombard StP.O. Box 740512, Cincinnati, OH 45274-0512 |
| 15107237 | + | Tri State EMS LLC, 892 New Castle Road, Slippery Rock, PA 16057-4228 |
| 15107242 | + | Vohra Post Acute Care NE, 3601 SW 160th Avenue, Miramar, FL 33027-6308 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Feb 25 2026 00:39:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | Feb 25 2026 05:37:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 25 2026 05:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 25 2026 00:40:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15107199 | + | Email/Text: brn@altra.org | Feb 25 2026 00:40:08 | Altra Federal Credit Union, Attn: Bankruptcy, 1700 Oak Forest Drive, Onalaska, WI 54650-3500 |
| 15107202 | + | EDI: BANKAMER | Feb 25 2026 05:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15107203 | | EDI: TSYS2 | | |

Case 26-10703-amc   Doc 9   Filed 02/26/26   Entered 02/27/26 00:38:25   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: 309A | Total Noticed: 52 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | Feb 25 2026 05:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15107243 | | Email/Text: megan.harper@phila.gov | Feb 25 2026 00:40:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15107204 | | EDI: CAPITALONE.COM | Feb 25 2026 05:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15107205 | + | EDI: CITICORP | Feb 25 2026 05:37:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15107206 | | EDI: JPMORGANCHASE | Feb 25 2026 05:37:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15107207 | + | EDI: CITICORP | Feb 25 2026 05:37:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15107208 | | EDI: CITICORP | Feb 25 2026 05:37:00 | Citibank Na, Citibank Customer Service, Attn: Bankrup, Sioux Falls, SD 57117 |
| 15107209 | + | EDI: CITICORP | Feb 25 2026 05:37:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15107210 | ^ | MEBN | Feb 25 2026 00:32:52 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15107211 | + | EDI: WFNNB.COM | Feb 25 2026 05:37:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15107212 | ^ | MEBN | Feb 25 2026 00:32:42 | Davita, 15271 Laguna Canyon Road, Irvine, CA 92618-3146 |
| 15107214 | + | EDI: DISCOVER | Feb 25 2026 05:37:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15107215 | + | Email/Text: Bankruptcy@wsfsbank.com | Feb 25 2026 00:40:00 | Fnb Of Wyomn, 838 N Market, Wilmington, DE 19801-3154 |
| 15107218 | | EDI: IRS.COM | Feb 25 2026 05:37:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15107221 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 25 2026 00:40:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15107224 | ^ | MEBN | Feb 25 2026 00:32:46 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15107222 | ^ | MEBN | Feb 25 2026 00:32:49 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 15107223 | | EDI: PENNDEPTREV | Feb 25 2026 05:37:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15107225 | | Email/Text: bankruptcy@philapark.org | Feb 25 2026 00:40:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15107227 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 25 2026 00:40:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15107228 | | EDI: SYNC | Feb 25 2026 05:37:00 | Syncb/Harbor Freight, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107229 | + | EDI: SYNC | Feb 25 2026 05:37:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107230 | | EDI: SYNC | Feb 25 2026 05:37:00 | Synchrony Bank/Climate Select, Attn: Bankruptcy, PO Box 965065, Orlando, FL |

Case 26-10703-amc    Doc 9    Filed 02/26/26    Entered 02/27/26 00:38:25    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: 309A | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5060 |
| 15107231 | + | EDI: SYNC | Feb 25 2026 05:37:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107232 | + | EDI: SYNC | Feb 25 2026 05:37:00 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107233 | + | EDI: SYNC | Feb 25 2026 05:37:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107234 | | EDI: TDBANKNORTH.COM | Feb 25 2026 05:37:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15107235 | + | EDI: TDBANKNORTH.COM | Feb 25 2026 05:37:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15107238 | + | Email/Text: bankruptcy@bbandt.com | Feb 25 2026 00:40:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 15107239 | | EDI: USBANKARS.COM | Feb 25 2026 05:37:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15107240 | | EDI: USBANKARS.COM | Feb 25 2026 05:37:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |
| 15107241 | | EDI: AIS.COM | Feb 25 2026 05:37:00 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15107244 | | Email/Text: Bankruptcy@wsfsbank.com | Feb 25 2026 00:40:00 | WSFS Bank, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15107198 | ##+ | AdaptHealth, 220 W Germantown Pike Suite 250, Plymouth Meeting, PA 19462-1437 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026         Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Mary DeChristopher<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2766 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Joseph DeChristopher<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1287 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7    2/20/26 |
| Case number: | 26–10703–amc | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mary DeChristopher | Joseph DeChristopher |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2312 S Franklin St<br>Philadelphia, PA 19148–3821 | 2312 S Franklin St<br>Philadelphia, PA 19148–3821 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 923–7184<br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 2/24/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 31, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264–3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/1/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |