UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: <br><br> JOSEPH R. DECHRISTOPHER <br> MARY DECHRISTOPHER <br><br> Debtor(s), | Bankruptcy No: 26-10703 <br><br> Chapter: 7 <br><br> Judge: Honorable Ashely M. Chan |
|---|---|

ORDER GRANTING MOTION TO EXTEND TIME
TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before March 20, 2026.

3. This case may be dismissed without further notice if the Schedules are not filed by March 20, 2026.

4. Any request for an extension of time must be filed on or before March 20, 2026.

DATE:

                                                  _____
                                                  Honorable Ashely M. Chan
                                                  U. S. Bankruptcy Judge