Fill in this information to identify your case and this filing:

| | | |
|---|---|---|
| Debtor 1 | **Mary** | **DeChristopher** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Joseph** | **DeChristopher** |
| (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of **Pennsylvania**

Case number **26-10703**

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                           12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**What is the property?** Check all that apply.

1.1  **2312 S Franklin St**
Street address, if available, or other
description

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Philadelphia, PA 19148-3821**
City         State      ZIP Code

**Philadelphia**
County

**Current value of the entire property?**
$235,800.00

**Current value of the portion you own?**
$235,800.00

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by the Entirety**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:** **Zillow $262,000 less 10% closing costs**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................................  →

$235,800.00

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor **DeChristopher, Mary; DeChristopher, Joseph**                     Case number *(if known)* **26-10703**

| | | | |
|---|---|---|---|
| 3.1 | Make: | **Toyota** | Who has an interest in the property? Check one. |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Make: **Toyota**

Model: **Corolla**

Year: **2010**

Approximate mileage: **63000**

Other information:

**Source of Value: KBB**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,375.00 | $5,375.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................................................... → **$5,375.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

**Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less.**     $500.00

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

**Various used televisions, mobile devices, and computers, each valued at $600 or less.**     $300.00

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe. .........

Debtor   **DeChristopher, Mary; DeChristopher, Joseph**                          Case number *(if known)* **26-10703**

---

10. **Firearms**

   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No

   ☐ Yes. Describe. .........

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........        | **Various used articles of clothing, shoes, and accessories, each valued at $600 or less.** |        **$200.00**

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. .........        | **Various used pieces of jewelry.** |        **$300.00**

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☑ No

   ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................  ➔     **$1,300.00**

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No

   ☐ Yes ............................................................................................................................        Cash: ..................

---

Official Form 106A/B                                   **Schedule A/B: Property**                                   page **3**

Debtor **DeChristopher, Mary; DeChristopher, Joseph**                    Case number *(if known)* **26-10703**

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................                 Institution name:

    |  |  |  |
    |---|---|---|
    | 17.1. Checking account: | **TD Bank** | **$3,258.00** |
    | 17.2. Checking account: | **WFSF** | **$197.00** |
    | 17.3. Savings account: | **TD Bank** | **$17.00** |
    | 17.4. Savings account: | **WFSF** | **$10.00** |
    | 17.5. Other financial account: | **Cash App** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
    account separately.   Type of account:        Institution name:

    |  |  |  |
    |---|---|---|
    | IRA: | **Primerica Shareholder Services** | **$26,498.00** |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ....................

---

Debtor **DeChristopher, Mary; DeChristopher, Joseph**                     Case number *(if known)* **26-10703**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No
   ☐ Yes .....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes .....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No
   ☐ Yes. Give specific
      information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes. Give specific
      information about them. ...

27. **Licenses, franchises, and other general intangibles**

   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No
   ☐ Yes. Give specific
      information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

   ☑ No
   ☐ Yes. Give specific information about
      them, including whether you
      already filed the returns and
      the tax years. ...................

29. **Family support**

   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
      settlement

   ☑ No
   ☐ Yes. Give specific information. ........

30. **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
      Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information. ........

Debtor **DeChristopher, Mary; DeChristopher, Joseph**          Case number *(if known)* **26-10703**

---

31. **Interests in insurance policies**

   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ☑ Yes. Name the insurance company
   of each policy and list its value. ...   Company name:          Beneficiary:          Surrender or refund value:

---

Debtor **DeChristopher, Mary; DeChristopher, Joseph**                              Case number *(if known)* **26-10703**

| | | |
|---|---|---|
| **(TD) Minnesota Life Insurance Co - Accidental Death and Dismemberment Insurance Policy** | **Primary: Nicole Zimmerman (50%) Joseph DeChristopher (50%)** | **$0.00** |
| **ALTRA - TruStage - Accidental Death and Dismemberment Insurance Policy** | **Primary: Mary DeChristopher; Contingent: Nicole Zimmerman (50%) Joseph DeChristopher (50%)** | **$0.00** |
| **ALTRA - TruStage - Whole Life Insurance Policy** | **Primary: Mary DeChristopher; Contingent: Joseph R. DeChristopher II (50%) Nicole Zimmerman (50%)** | **$1,489.50** |
| **JC Penny - Accidental Death and Dismemberment Insurance Policy** | | **$0.00** |
| **Met GA Metropolitan Tower Universal Life Insurance Policy- Cash Value: $2,941.81, Loan Balance: $3,907.75, Cash Surrender Value: $0** | **Primary: Nicole Zimmerman; Contingent: Joseph DeChristopher (50%) John Zimmerman (50%)** | **$0.00** |
| **MetLife - UM Flexible Premium Life Insurance Policy** | **Primary: John V. Zimmerman (40%) Nicole V. Zimmerman (60%) ; Contingent: Estate of the insured** | **$804.31** |
| **National Life Group - Life Insurance Co of the Southwest - Pike Creek Financial - Term Life Insurance Policy** | **Nicole Zimmerman (33.3%), Joseph DeChristopher (33.3%), John Zimmerman (33.3%)** | **$0.00** |
| **National Life Group - Life Insurance Co of the Southwest - Universal Life Insurance Policy** | **Primary: Mary Dechristopher; Contingent: Joseph DeChristopher** | **$1,908.92** |
| **National Life Group - Life Insurance Co of the Southwest - Universal Life Insurance Policy** | **Primary: Mary DeChristopher ; Contingent: Nicole Zimmerman** | **$493.07** |
| **National Life Group - Life Insurance Co of the Southwest - Universal Life Insurance Policy** | **Primary: Joseph DeChristopher; Contingent: Nicole Zimmerman** | **$2,499.10** |
| **National Life Group - Life Insurance Co of the Southwest - Universal Life Insurance Policy** | **Primary: Joseph DeChristopher; Contingent: Nicole Zimmerman** | **$504.48** |

Debtor  **DeChristopher, Mary; DeChristopher, Joseph**                         Case number *(if known)* **26-10703**

---

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................... ➔ | **$37,679.38** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................................... ➔ | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................................... ➔ | **$0.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ............

---

Debtor **DeChristopher, Mary; DeChristopher, Joseph**                  Case number *(if known)* **26-10703**

---

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................................➔   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ...........................................................................................................➔   **$235,800.00**

56.  **Part 2: Total vehicles, line 5**                                                            **$5,375.00**

57.  **Part 3: Total personal and household items, line 15**                                     **$1,300.00**

58.  **Part 4: Total financial assets, line 36**                                                  **$37,679.38**

59.  **Part 5: Total business-related property, line 45**                                          **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                                 **$0.00**

61.  **Part 7: Total other property not listed, line 54**             **+**                        **$0.00**

62.  **Total personal property.** Add lines 56 through 61. ...............   **$44,354.38**   Copy personal property total ➔   **+   $44,354.38**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................   **$280,154.38**

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Mary** | **DeChristopher** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | **Joseph** | **DeChristopher** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number (if known) **26-10703**

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ Mary DeChristopher

Mary DeChristopher, Debtor 1

Date **04/22/2026**
MM/ DD/ YYYY

**X** /s/ Joseph DeChristopher

Joseph DeChristopher, Debtor 2

Date **04/22/2026**
MM/ DD/ YYYY

Official Form 106Dec      **Declaration About an Individual Debtor's Schedules**