Certificate Number: 16339-PAE-DE-040912290

Bankruptcy Case Number: 26-10703



16339-PAE-DE-040912290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2026, at 4:57 o'clock PM EDT, Joseph DeChristopher completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 28, 2026                    By:   /s/Kris Krumal

Name:  Kris Krumal

Title:  Certified Financial Counselor