United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10703-amc |
| Mary DeChristopher | Chapter 7 |
| Joseph DeChristopher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 05, 2026 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mary DeChristopher, Joseph DeChristopher, 2312 S Franklin St, Philadelphia, PA 19148-3821 |
| 15107200 | | Ambulnz, 380 N Oxford Valley Rd, Langhorne, PA 19047-8304 |
| 15107201 | + | Americore, 250 E Street SW, Washington, DC 20525-0001 |
| 15107213 | | Diabetic Care Rx LLC, Located at 3890 Park Central Blvd N, Pompano Beach, FL 33064 |
| 15107216 | ++ | GERISCRIPT LLC, 220 WEST PARKWAY, UNITS 4-5, POMPTON PLAINS NJ 07444-1013 address filed with court:, Geriscript LLC, 220 West Parkway #4, Pompton Plains, NJ 07444 |
| 15107217 | + | Healing Partners, 909 Ridgebrook Rd STE 300, Sparks, MD 21152-9477 |
| 15107219 | + | Jefferson hospital, 111 S 11th St, Philadelphia,, Philadelphia, PA 19107-5084 |
| 15107220 | + | National Health Rehabilitation LLC, P.O. Box 22239, New York, NY 10087-0001 |
| 15107226 | + | Ritner Medical, 1701 W Ritner St, Philadelphia, PA 19145-4324 |
| 15107236 | + | Team Health dba Graduate Post Acute, CS PACS 3 Northeast LLC, 1526 Lombard StP.O. Box 740512, Cincinnati, OH 45274-0512 |
| 15107237 | + | Tri State EMS LLC, 892 New Castle Road, Slippery Rock, PA 16057-4228 |
| 15107242 | + | Vohra Post Acute Care NE, 3601 SW 160th Avenue, Miramar, FL 33027-6308 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 06 2026 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 06 2026 04:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15107199 | + | Email/Text: brn@altra.org | Jun 06 2026 00:24:35 | Altra Federal Credit Union, Attn: Bankruptcy, 1700 Oak Forest Drive, Onalaska, WI 54650-3500 |
| 15107202 | + | EDI: BANKAMER | Jun 06 2026 04:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15107203 | | EDI: TSYS2 | Jun 06 2026 04:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15107243 | | Email/Text: megan.harper@phila.gov | Jun 06 2026 00:24:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15107204 | | EDI: CAPITALONE.COM | Jun 06 2026 04:24:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15107205 | + | EDI: CITICORP | | |

District/off: 0313-2                    User: admin                                   Page 2 of 3

Date Rcvd: Jun 05, 2026                 Form ID: 318                          Total Noticed: 49

| | | | |
|---|---|---|---|
| | | Jun 06 2026 04:24:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15107206 | | EDI: JPMORGANCHASE | |
| | | Jun 06 2026 04:24:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15107207 | + | EDI: CITICORP | |
| | | Jun 06 2026 04:24:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15107208 | | EDI: CITICORP | |
| | | Jun 06 2026 04:24:00 | Citibank Na, Citibank Customer Service, Attn: Bankrup, Sioux Falls, SD 57117 |
| 15107209 | + | EDI: CITICORP | |
| | | Jun 06 2026 04:24:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15107210 | ^ | MEBN | |
| | | Jun 06 2026 00:22:37 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15107211 | + | EDI: WFNNB.COM | |
| | | Jun 06 2026 04:24:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15107212 | ^ | MEBN | |
| | | Jun 06 2026 00:22:45 | Davita, 15271 Laguna Canyon Road, Irvine, CA 92618-3146 |
| 15107214 | + | EDI: DISCOVER | |
| | | Jun 06 2026 04:24:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15107215 | + | Email/Text: Bankruptcy@wsfsbank.com | |
| | | Jun 06 2026 00:24:00 | Fnb Of Wyomn, 838 N Market, Wilmington, DE 19801-3154 |
| 15107218 | | EDI: IRS.COM | |
| | | Jun 06 2026 04:24:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15107221 | + | Email/Text: bankruptcygroup@peco-energy.com | |
| | | Jun 06 2026 00:24:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15107224 | ^ | MEBN | |
| | | Jun 06 2026 00:22:49 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15107222 | ^ | MEBN | |
| | | Jun 06 2026 00:22:55 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 15107223 | | EDI: PENNDEPTREV | |
| | | Jun 06 2026 04:24:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15107225 | | Email/Text: bankruptcy@philapark.org | |
| | | Jun 06 2026 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15107227 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | Jun 06 2026 00:24:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15107228 | | EDI: SYNC | |
| | | Jun 06 2026 04:24:00 | Syncb/Harbor Freight, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107229 | + | EDI: SYNC | |
| | | Jun 06 2026 04:24:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107230 | | EDI: SYNC | |
| | | Jun 06 2026 04:24:00 | Synchrony Bank/Climate Select, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5060 |
| 15107231 | + | EDI: SYNC | |
| | | Jun 06 2026 04:24:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107232 | + | EDI: SYNC | |
| | | Jun 06 2026 04:24:00 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107233 | + | EDI: SYNC | |
| | | Jun 06 2026 04:24:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107234 | | EDI: TDBANKNORTH.COM | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: 318 | Total Noticed: 49 |

| Recip ID | | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | Jun 06 2026 04:24:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15107235 | + | EDI: TDBANKNORTH.COM | | |
| | | | Jun 06 2026 04:24:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15107238 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jun 06 2026 00:24:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 15107239 | | EDI: USBANKARS.COM | | |
| | | | Jun 06 2026 04:24:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15107240 | | EDI: USBANKARS.COM | | |
| | | | Jun 06 2026 04:24:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |
| 15107241 | | EDI: AIS.COM | | |
| | | | Jun 06 2026 04:24:00 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15107244 | | Email/Text: Bankruptcy@wsfsbank.com | | |
| | | | Jun 06 2026 00:24:00 | WSFS Bank, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15107198 | ##+ | AdaptHealth, 220 W Germantown Pike Suite 250, Plymouth Meeting, PA 19462-1437 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Mary DeChristopher help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Joseph DeChristopher help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mary DeChristopher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2766<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Joseph DeChristopher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1287<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–10703–amc

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mary DeChristopher

Joseph DeChristopher

6/4/26

**By the court:**   Ashely M. Chan
                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**